Dismissed and Memorandum Opinion filed June 11, 2009








Dismissed
and Memorandum Opinion filed June 11, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00114-CR

NO. 14-09-00115-CR

____________

 

TROY MAYFIELD,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
228th District Court

Harris County, Texas

Trial Court Cause Nos. 1157810
& 1157811

 



 

M E M O R A N D U M   O P I N I O N

A jury
convicted appellant of two counts of possession of a controlled substance with
intent to deliver.  In each case, the trial court sentenced appellant on
January 26, 2009, to confinement for twenty-six years in the Institutional
Division of the Texas Department of Criminal Justice, the sentences to run
concurrently. 








The
record reflects that on March 27, 2009, appellant=s motion for new trial was granted in
both cases.  Because the motions for new trial were granted, the appeals are
now moot.  

Accordingly,
we dismiss both appeals.  

 

 

PER CURIAM

 

Panel consists of Justices Seymore, Brown, and
Sullivan.

Do Not Publish C Tex. R. App. P. 47.2(b).